IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL SMEDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:10-cv-678-MEF |
| ) | |
| CITY OF OZARK, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On July 7, 2011, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant's Motion to Dismiss Amended Complaint (Doc. #16) is GRANTED.

3. The alternative Motion for More Definite Statement (Doc. #16), plaintiff's Motion to Dismiss (Doc. #24), and any other outstanding motion are DENIED as moot.

DONE this the 4th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE